JUDGE KOELTL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 8 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

    - v. -                         :     07CRIM 915

JUAN ANTONIO VENTURA-LOPEZ,       :
    a/k/a "Papito Lopez,"
    a/k/a "Nelson Ventura,"         :

             Defendant.         :

- - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

From on or about April 2007, up to and including on or about July 5, 2007, in the Southern District of New York and elsewhere, JUAN ANTONIO VENTURA-LOPEZ, a/k/a "Papito Lopez," a/k/a "Nelson Ventura," the defendant, being an alien, unlawfully, willfully and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 13, 2003, in the New York Supreme Court, New York County, for criminal sale of a controlled substance in the third degree, in violation of New York Penal Law 220.39(1), and without having obtained the express consent of the Attorney

General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN ANTONIO VENTURA-LOPEZ,
a/k/a "Papito Lopez,"
a/k/a "Nelson Ventura,"

Defendant.

### INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Denise Suarez-Peña*
Foreperson.

*filed indictment. Case assigned to Judge Koeltl.*

*SRM*
*9/28/07*

*- Francis, J.*