UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -　　　　　　　　　　　　07 Cr. 915 (JGK)

JUAN ANTONIO VENTURA-LOPEZ,　　　　　　ORDER

             Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on October 22, 2007 at 2:30 p.m.

SO ORDERED.

Dated:　　New York, New York
　　　　　October 19, 2007

　　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　　United States District Judge