```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

        - against -           07 Cr. 915 (JGK)

JUAN ANTONIO VENTURA-LOPEZ,         ORDER

           Defendant.

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a conference on **December 4, 2007** at **4:30 p.m.**

Because an adjournment is needed to allow defense counsel time to review discovery and to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **October 22, 2007,** until **December 4, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           October 22, 2007

                                      John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/07