USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: |L|01|0|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -            07 Cr. 915 (JGK)

JUAN ANTONIO VENTURA-LOPEZ,      ORDER

              Defendant.

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on January 18, 2008 at 4:30 p.m.

Because an adjournment is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **December 4, 2007,** until **January 18, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:     New York, New York
          December 4, 2007

                                John G. Koeltl
                          United States District Judge